# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF HAWAII

| In re<br>**LIANE NANCY WILSON**<br><br>Debtor(s). | Case No.: **10-02786**<br>Chapter 13<br>Related Docket No.: 23 |
|---|---|

## ORDER DISMISSING CASE

WHEREAS the order denying confirmation of Debtor's plan provided for dismissal of the case unless, within 14 days after the entry of the order, the Debtor filed an amended plan or requested conversion of the case to another chapter under the Bankruptcy Code, and

WHEREAS to date no amended plan or request for conversion has been filed timely,

IT IS HEREBY ORDERED that this case is DISMISSED. The court reserves and retains jurisdiction to receive and pass upon the Trustee's final account, to enter an order discharging the Trustee, to release the Trustee and the Trustee's surety, and to make such orders as may be necessary and proper to close the case.

IT IS FURTHER ORDERED that upon entry of this order:

1. Any Order for Employer to Pay Funds to Trustee is VACATED; and
2. Any stay imposed under 11 U.S.C. §§ 362 or 1301 is VACATED.
3. Any transfer or lien avoided in this bankruptcy case is reinstated.



/s/ Robert J. Faris
United States Bankruptcy Judge
Dated: **12/16/2010**