HN012

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF HAWAII

Case No. 10−02786

**Chapter 13**

In re:

Liane Nancy Wilson
21 Hakui Lp
Lahaina, HI 96761

Social Security No.:
xxx−xx−7266

Employer's Tax I.D. No.:

## NOTICE OF DISMISSAL OF CASE

**Please take notice** that on December 16, 2010 the court entered an order dismissing this bankruptcy case.

The original order is on file in the Clerk's Office of the court and can be accessed on the Internet using PACER for a fee. Information on the PACER system can be found on the court's web page:**www.hib.uscourts.gov**

| | |
|---|---|
| Dated: December 16, 2010 | FOR THE COURT |
| **Address of the Bankruptcy Clerk's Office:**<br>1132 Bishop Street<br>Suite 250<br>Honolulu, HI 96813 | Clerk of the Bankruptcy Court:<br><br>**Michael B. Dowling** |
| Telephone number:  (808) 522−8100 | |