# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF HAWAII

Case No. 10−02786

**Chapter 13**

In re:

    Liane Nancy Wilson
    21 Hakui Lp
    Lahaina, HI 96761

Social Security No.:
    xxx−xx−7266

Employer's Tax I.D. No.:

## NOTICE OF DISMISSAL OF CASE

**Please take notice** that on December 16, 2010 the court entered an order dismissing this bankruptcy case.

The original order is on file in the Clerk's Office of the court and can be accessed on the Internet using PACER for a fee. Information on the PACER system can be found on the court's web page:**www.hib.uscourts.gov**

Dated: December 16, 2010                                        FOR THE COURT

**Address of the Bankruptcy Clerk's Office:**        Clerk of the Bankruptcy Court:
1132 Bishop Street
Suite 250                                                          **Michael B. Dowling**
Honolulu, HI 96813

Telephone number: (808) 522−8100

# CERTIFICATE OF NOTICE

```
District/off: 0975-1           User: darlene              Page 1 of 2              Date Rcvd: Dec 16, 2010
Case: 10-02786                 Form ID: hn012             Total Noticed: 37
```

The following entities were noticed by first class mail on Dec 18, 2010.
```
db           +Liane Nancy Wilson,    21 Hakui Lp,    Lahaina, HI 96761-2203
aty          +Charles S. O'Neill, Jr.,    O'Connor Playdon & Guben LLP,    733 Bishop Street, 24th Floor,
               Makai Tower, Pacific Guardian Ctr.,    Honolulu, HI 96813-4012
cr           +BEATRICE ALLEN,    c/o O'CONNOR PLAYDON & GUBEN LLP,    733 Bishop Street, Suite 2400,
               Honolulu, HI 96813-4012
cr           +DOUGLAS T ALLEN,    c/o O'CONNOR PLAYDON & GUBEN LLP,    733 Bishop Street, Suite 2400,
               Honolulu, HI 96813-4012
1040602     ++ASPEN NATIONAL COLLECTIONS,    PO BOX 10689,    BROOKSVILLE FL 34603-0689
             (address filed with court:  Aspen Coll,     Pob 5129,    Spring Hill, FL  34611)
1040605      +Chex Systems Inc.,    Attn: Consumer Relations,    7805 Hudson Rd. Ste 100,
               Woodbury, MN 55125-1703
1043488      +County Of Hawaii,    Real Property Tax Division,    101 Pauahi St Ste 4,    Hilo, HI 96720-4224
1040606       Department Of Taxation, State Of Hawaii,    Attn: Bankruptcy Unit,    Po Box 259,
               Honolulu, HI  96809-0259
1040607      +Douglas Allen,    C/O Oconnor Playdon And Guben,    4365 Kukui Grove St Ste 103,
               Lihue, HI 96766-2004
1040608      +Equifax Credit Information Service,    Po Box 740241,    Atlanta, GA 30374-0241
1043489      +Falso Solutions,    425 Philips Blvd,    Ewing, NJ 08618-1430
1040610      +First Hawaiian Bank,    Po Box 1959,    Honolulu, HI 96805-1959
1041779      +First Hawaiian Bank,    Loan Recovery Center,    P.O. Box 4070,    Honolulu, HI 96812-4070
1043490      +Hawaiiana Management Co,    711 Kapiolani Blvd Ste 700,    Honolulu, HI 96813-5249
1040611      +Hempey And Meyers,    3175 Elua St Ste C,    Lihue, HI 96766-1203
1040614     ++MARLIN MEDCLR INOVISION,    507 PRUDENTIAL ROAD,    HORSHAM PA 19044-2308
             (address filed with court:  Nco Fin/35,     Po Box 41726,    Philadelphia, PA  19101)
1043492      +Motoooka Yamamoto And Revere,    1000 Bishop St Ste 801,    Honolulu, HI 96813-4208
1040615      +Nco Fin/35,    507 Prudential Road,    Horsham, PA 19044-2308
1040617      +Ocwen Loan Servicing L,    ATTN: BANKRUPTCY,    Po Box 785057,    Orlando, FL 32878-5057
1050824      +OneWest Bank FSB,    888 East Walnut Street,    Pasadena, CA 91101-1802
1040619      +Onewest Bank,    ATTN:BANKRUPTCY,    Po Box 4045,    Kalamazoo, MI 49003-4045
1040618      +Onewest Bank,    6900 Beatrice Drive,    Kalamazoo, MI 49009-9559
1048214      +Prudential Maui Realtors,    Attn: Robert Kilmer,    256 Papalaua St.,    Lahaina, HI 96761-1538
1040620      +Santander Consumer Usa,    8585 N Stemmons Fwy Ste,    Dallas, TX 75247-3836
1040621       Telecheck,    6200 Sourth Quebec St.,    Greenwood Village, CO  80111
1040622      +Transunion,    Po Box 2000,    Chester, PA 19016-2000
1048118       U.S. Department of Education,    P.O. Box 5609,    Greenville, TX 75403-5609
1040623      +Us Dept Of Education,    Po Box 5609,    Greenville, TX 75403-5609
1040624      +Us Dept Of Education,    ATTN: BORROWERS SERVICE DEPT,    Po Box 5609,    Greenville, TX 75403-5609
```

The following entities were noticed by electronic transmission on Dec 17, 2010.
```
1040603      +EDI: BANKAMER2.COM Dec 17 2010 00:48:00      Bk Of Amer,    Po Box 17054,
               Wilmington, DE 19850-7054
1040604      +EDI: CHASE.COM Dec 17 2010 00:48:00      Chase,    Po Box 15298,    Wilmington, DE 19850-5298
1040613       EDI: IRS.COM Dec 17 2010 00:48:00      Internal Revenue Service,    P.O. Box 21126,
               Philadelphia, PA  19114
1040612       EDI: IRS.COM Dec 17 2010 00:48:00      Internal Revenue Service,    Po Box 21126,
               Philidelphia, PA  19114
1043491      +EDI: PHINPLAZA.COM Dec 17 2010 00:48:00      Law Office Of Mitchell Kay,    7 Penn Plaza 18th Floor,
               New York, NY 10001-3967
1052633      +E-mail/Text: ebn@vativrecovery.com                             Palisades Acquisition XVI, LLC,
               Vativ Recovery Solutions LLC,    As Agent For Palisades Acquisition XVI,,    PO Box 19249,
               Sugar Land TX 77496-9249
1043493      +EDI: RHST.COM Dec 17 2010 00:48:00      Redline Recovery Systems,    6201 Bonhomme St Ste 100s,
               Houston, TX 77036-4379
1043494      +EDI: WESTASSET.COM Dec 17 2010 00:48:00      West Asset Management,    2703 N Highway 75,
               Sherman, TX 75090-2567
                                                                                              TOTAL: 8
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Department of Taxation, State of Hawaii
cr*          +OneWest Bank, FSB,    888 East Walnut Street,    Pasadena, CA 91101-1802
1043487     ##+Bishop Corporate Solutions,    1164 Bishop St Ste 1515,    Honolulu, HI 96813-2810
1040609     ##+Experian,    Po Box 2104,    Allen, TX 75013-9504
1040616     ##+Ocwen Loan Servicing L,    12650 Ingenuity Dr,    Orlando, FL 32826-2703
                                                                                               TOTALS: 1, * 1, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

***** BYPASSED RECIPIENTS (continued) *****

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Dec 18, 2010**                    Signature:            *Joseph Speetjens*